1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  ERIN SNIDER, CA SBN #304781
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   ADRIAN NATURE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | District Court Case No. 1:16-cr-00133-DAD |
| Plaintiff-Appellee, | ) | (Magistrate Case No. 6:15-mj-00110-MJS) |
| | ) | |
| vs. | ) | STIPULATION AND ORDER TO MODIFY |
| | ) | BRIEFING SCHEDULE |
| ADRIAN NATURE, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |
| | ) | |
| | ) | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Michael G. Tierney, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, counsel for Adrian Nature, that the current briefing schedule may be modified as follows:

Appellant's opening brief due November 23, 2016

Appellee's response brief due December 14, 2016

Appellant's reply brief due December 21, 2016

The parties request this modified briefing schedule, as both defense counsel and counsel for the government have a seven-day trial beginning October 25, 2016.  Defense counsel also has an opening brief due in the Ninth Circuit on October 26, 2016, and is scheduled for oral argument before the Ninth Circuit in another case on November 16, 2016.

/ / /

WHEREFORE, the parties request that the Court modify the briefing schedule as set forth above.

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

Date:  September 14, 2016        /s/Michael G. Tierney
                                 Michael G. Tierney
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

                                 HEATHER E. WILLIAMS
                                 Federal Defender

Date: September 14, 2016         /s/ Erin Snider
                                 ERIN SNIDER
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 ADRIAN NATURE

# **O R D E R**

The briefing schedule is modified as follows: Appellant's opening brief is due November 23, 2016; Appellee's response brief is due December 14, 2016; and Appellant's reply brief is due December 21, 2016.

IT IS SO ORDERED.

Dated:   **September 14, 2016**            _____
                                           UNITED STATES DISTRICT JUDGE